UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAUN D. NELSON, et al.,

       Plaintiffs,                      Case No. 11-14433
                                                     HON. GEORGE CARAM STEEH

vs.

BAC HOME LOANS SERVICING, L.P., d/b/a
BANK OF AMERICA, NA, et al.,

       Defendants.

_____/

ORDER WITHDRAWING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER [#5]

On January 11, 2012, the parties appeared for a scheduling conference. At the conference, counsel for plaintiffs indicated that he is no longer pursuing the relief requested in his motion for temporary restraining order, filed on November 15, 2011.

Accordingly,

Plaintiffs' motion for temporary restraining order is withdrawn.

SO ORDERED.

Dated: May 20, 2010

                                                 s/George Caram Steeh
                                                 GEORGE CARAM STEEH
                                                 UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 12, 2012 by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk